THOMAS S. KIDDÉ, SB# 61717  
E-Mail: kidde@lbbslaw.com  
DANIEL R. LEWIS, SB# 260106  
E-Mail: drlewis@lbbslaw.com  
LEWIS BRISBOIS BISGAARD & SMITH LLP  
221 North Figueroa Street, Suite 1200  
Los Angeles, California 90012  
Telephone: (213) 250-800  
Facsimile: (213) 250-7900  

JS-6

Attorneys for Plaintiff and Counter-Defendant S&S Connections, Ltd.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S&S CONNECTIONS, LTD, a New Zealand limited liability company<br><br>Plaintiff,<br><br>v.<br><br>FLAG IMPORTERS CORP., a California corporation; NOVO SIGNS, LLC, et al,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | CASE NO. CV 10-02711 JST (AGRx)<br><br>**ORDER OF DISMISSAL**<br><br>**FEDERAL RULES OF CIVIL PROCEDURE RULE 41(a)(1)(A)(ii)** |

Plaintiff and Counter-Defendant S&S Connections Ltd and Defendants and Counterclaimants Flag Importers Corp, and Novo Signs LLC, having filed a Stipulation of Dismissal on December 17, 2010, in accordance with Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees and costs.

///

///

///

4844-8400-6664.1

[PROPOSED] ORDER OF DISMISSAL

1

2     IT IS ORDERED that this action is dismissed, each party to bear its own

3 attorneys' fees and costs.

4

5 DATED: December 20, 2010                  **JOSEPHINE STATON TUCKER**
6                                                           Josephine S. Tucker
                                                          Judge, United States District Court